## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
_____

LORI FRANK,                                        Civil No. 10-0840 (JRT/SRN)

                         Plaintiff,

v.                                               **ORDER OF DISMISSAL**

V2R GROUP, INC.,

                         Defendant.
_____

    Clark Griffith and Lawrence Schaefer, **SCHAEFER LAW FIRM, LLC**, 220 South Sixth Street, Suite 1700, Minneapolis, MN 55402, for plaintiff.

    Thomas Marshall and V John Ella, **JACKSON LEWIS LLP,** 225 South Sixth Street, Suite 3850, Minneapolis, MN 55402, for defendant.

    The Court having been advised that the above action has settled,

    **IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: October 24, 2010
at Minneapolis, Minnesota.                                          s/ John R. Tunheim
                                                                   JOHN R. TUNHEIM
                                                             United States District Judge